# NOTICE OF YOUR RIGHT TO JOIN UNPAID WAGES LAWSUIT

This is a Court-Authorized Notice, not a solicitation from a lawyer.

TO: All kitchen employees who worked on or after August 5, 2017.

RE: Your Right to Join a Lawsuit Seeking Unpaid Wages

**YOU MAY JOIN THIS LAWSUIT REGARDLESS OF YOUR IMMIGRATION STATUS**

| 1. What is This Lawsuit About? |
|---|

Julio Verde has sued Eric's Asian Café to recover unpaid wages that he claims you and other employees are owed. Mr. Verde claims that the restaurant broke the law by not paying overtime wages to its kitchen employees. Mr. Verde is suing to recover unpaid wages times two, attorney fees, and costs.

| 2. Why am I Getting This Notice? |
|---|

This Notice is to let you know that you have the right to participate in this unpaid wages lawsuit, and how to sign up, if you want to. You are receiving this Notice because you work or worked at the restaurant on or after August 5, 2017.

This notice will explain your options and tell you how to get more information.

**If you want to participate in this lawsuit, you must sign the Consent to Join Form (enclosed) and then mail, email, or fax it to the address listed below by TBD.**

| 3. How Do I Join This Lawsuit? |
|---|

Enclosed is a form called "Consent to Join." If you want to join this lawsuit, **it is extremely important that you read, sign and promptly return the Consent to Join form**. Due to the statute of limitations applicable to your claims, each day you delay joining the class, you may be missing out on a recovery of unpaid wages which you have earned.

An addressed and postage-paid envelope is enclosed for you to use to return the form. The Consent to Join form must be sent to:

Milstein Law Office
2400 Broadway, Suite B
Boulder, CO 80304

The Consent to Join form must be **mailed, e-mailed, or faxed by TBD.**

**If you do not mail, e-mail, or fax the Consent to Join form by TBD, you will not share in the money, if any, which may be won in this lawsuit.**

| 4. What Happens if I Join This Lawsuit? |
|---|

If you join this lawsuit by returning the enclosed Consent to Join form, you will be bound by the judgment of the Court, whether it is favorable to Mr. Verde or to the Defendants. If you join, you may recover

double any unpaid wages for overtime hours you have worked. By returning the Consent to Join form, you will designate the named Plaintiff, Julio Verde, to make decisions regarding this lawsuit, including decisions as to settlement of the lawsuit, entering into an agreement for fees and costs with Plaintiff's counsel, and all other matters pertaining to your rights and this litigation under the Fair Labor Standards Act. **If you join this lawsuit, the decisions made by the Mr. Verde, and all rulings made by the Court, will be binding on you.**

| 5. | How The Attorney is Paid |

You will not have to pay the attorney directly – whether this case is settled, won or lost. Instead, if wages are awarded or the parties settle, the attorney will be paid by the Defendants either his hourly fees plus litigation costs as awarded by the Court, or 33 1/3% of the total money recovered in the case, whichever is greater. If wages are not awarded or the case is not settled or is lost, the attorney will not be paid. If you complete the enclosed Consent to Join form, the attorney representing Mr. Verde will represent you in this case.

| 6. | Can I Be Retaliated Against for Joining This Case? |

**No**. It is a violation of federal law for anyone to fire you, or retaliate against you in any way, for taking part in this case. Neither your employers, nor anyone else, may call or threaten to call Immigration in retaliation if you join this lawsuit.

| 7. | How Do I Contact the Plaintiff's Attorney? |

You can get more information by contacting the attorney for Mr. Verde handling this case. Your call is confidential and there is no charge to speak with the attorney. The attorney speaks Spanish. The attorney handling this case is:

Brandt Milstein
Milstein Law Office
2400 Broadway, Suite B
Boulder, CO 80304
(303) 440-8780
Fax: (303) 957-5754
brandt@milsteinlawoffice.com
www.milsteinlawoffice.com

*THE DISTRIBUTION OF THIS NOTICE HAS BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT. THE COURT HAS NOT YET REACHED ANY DECISION WHETHER OR NOT THE CLAIMS IN THE LAWSUIT ARE MERITORIOUS.*

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete, sign and mail, email, or fax this form to the Milstein Law Office by TBD.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (*Verde v. Yen's Enterprises, Inc., et al.,* U.S. District Court, District of Colorado, Case No.: 20-cv-2314) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former employers.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff in this action.

3. I hereby designate attorney Brandt Milstein to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Unpaid Wages Lawsuit.

DATE:_____     SIGNATURE:_____

PRINTED NAME:_____

ADDRESS:_____

_____

TELEPHONE NUMBER(S):_____

E-MAIL ADDRESS:_____

Return this form by **TBD** to:

Milstein Law Office
2400 Broadway, Suite B
Boulder, CO 80304
Fax: (303) 957-5754